| Case | Docket | Date | Lower Court No. |
|---|---|---|---|
| Com. v. Wallace | 1486 WDA 2015 Affirmed | 12/23/2016 | CP–02–CR–0004199–2014 CP–02–CR–0006333–2014 (Allegheny) |
| Com. v. Stokes | 818 EDA 2015 Affirmed | 12/27/2016 | CP–51–CR–0008090–2010 CP–51–CR–0008091–2010 (Philadelphia) |
| Com. v. Harling | 2453 EDA 2015 Reversed and Remanded | 12/27/2016 | CP–51–CR–0011361–2014 (Philadelphia) |
| Com. v. Johnson | 2454 EDA 2015 Reversed and Remanded | 12/27/2016 | CP–51–CR–0011362–2014 (Philadelphia) |
| Com. v. Fink | 3258 EDA 2015 Reversed and Remanded | 12/27/2016 | CP–23–CR–0000008–2015 (Delaware) |
| Com. v. Sanders | 3545 EDA 2015 Affirmed | 12/27/2016 | CP–51–CR–0612601–2003 (Philadelphia) |
| Com. v. Burke | 500 EDA 2016 Affirmed | 12/27/2016 | CP–51–CR–0325182–1986 (Philadelphia) |
| Com. v. Myers | 669 EDA 2016 Vacated | 12/27/2016 | CP–23–CR–0005893–2014 (Delaware) |
| Hernandez v. Amoratis | 1359 EDA 2016 Affirmed | 12/27/2016 | 2014–27025 (Montgomery) |
| Com. v. Soeth | 1386 EDA 2016 Quashed | 12/27/2016 | CP–46–SA–0001248–2014 (Montgomery) |
| Aurora Loan Servicing v. Stephens | 1449 EDA 2016 Affirmed | 12/27/2016 | September term, 2009 No. 090901470 (Philadelphia) |
| Com. v. James | 1698 EDA 2016 Affirmed | 12/27/2016 | CP–23–CR–0004093–2011 (Delaware) |
| Com. v. DiLiberto | 2212 MDA 2015 Affirmed | 12/27/2016 | CP–22–SA–0000203–2015 (Dauphin) |
| Com. v. Baca | 410 MDA 2016 Affirmed | 12/27/2016 | CP–06–CR–0000423–2015 (Berks) |
| Com. v. Dixon | 25 WDA 2016 Affirmed | 12/27/2016 | CP–25–CR–0000239–2013 (Erie) |
| Com. v. Rodriguez–Diaz | 1347 EDA 2015 Affirmed | 12/28/2016 | CP–51–CR–0005087–2012 CP–51–CR–0005088–2012 (Philadelphia) |